No. A–458. DAWSON v. HOLGUIN ET AL. 6th Jud. Dist. Ct., Grant County, N. M. Application for stay of proceedings, addressed to JUSTICE POWELL and referred to the Court, denied.

No. 79–1252. CALIFORNIA ET AL. v. SIERRA CLUB ET AL.; and

No. 79–1502. KERN COUNTY WATER AGENCY ET AL. v. SIERRA CLUB ET AL. C. A. 9th Cir. [Certiorari granted, ante, p. 818.] Motion of the Solicitor General for additional time for oral argument and for divided argument granted, and an additional 20 minutes allotted the federal respondents for that purpose.

No. 83, Orig. MARYLAND ET AL. v. LOUISIANA. Motion of the Solicitor General and cross-motion of Louisiana for divided argument granted. Requests for additional time for oral argument granted, and a total of one hour and forty minutes allotted for oral argument. [For earlier order herein, see, e. g., ante, p. 812.]

No. 79–1890. ANDRUS, SECRETARY OF THE INTERIOR, ET AL. v. ALASKA ET AL.; and

No. 79–1904. KENAI PENINSULA BOROUGH v. ALASKA ET AL. C. A. 9th Cir. [Certiorari granted, ante, p. 818.] Motion of the Solicitor General for divided argument granted.